**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA HARDWOOD FLOORING, INC., a California corporation;<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BEAUFLOR USA, LLC, a Georgia limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants.<br>BEAUFLOR USA, LLC,<br>　　　　　Counter-Claimant,<br>　vs.<br>LA HARDWOOD FLOORING, INC., a California corporation,<br>　　　　　　Counter-Defendant. | Case No. 2:19-cv-10887-FMO-MRW<br><br>**ORDER GRANTING JOINT STIPULATION [28] OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>(*Filed concurrently with Stipulation*) |

523117.00605/121584846v.1                               Case No 2:19-cv-10887-FMO-MRW

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having considered the Joint Stipulation to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation of Dismissal") and for good cause shown, hereby ORDERS AS FOLLOWS:

1. The Stipulation of Dismissal is granted and the Complaint and Counter-Claim asserted by and against Plaintiff and Counter-Defendant LA Hardwood Flooring, Inc. ("LA Hardwood") and Defendant and Counter-Claimant Beauflor USA, LLC ("Beauflor" together with the LA Hardwood, the "Parties") in the above-entitled action are hereby dismissed with prejudice.

2. The Parties shall each bear their own attorneys' fees, costs, and expenses in connection this action.

IT IS SO ORDERED.

Dated: August 18, 2020               _____/s/_____
                                     HON. FERNANDO M. OLGUIN
                                     United States District Judge